Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:20-CV-01920-KJD-BNW<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO FILE REPLY MEMORANDA RESPONSIVE TO ECF NOS. 21-24**<br><br>**(FIRST REQUEST)** |

COMES NOW defendants Fidelity National Title Insurance Company ("FNTIC"), Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency"), and Fidelity National Title Group, Inc. ("FNTG") (collectively, "Defendants") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, which hereby

agree and stipulate as follows:

    1.    On November 10, 2020, FNTIC, Fidelity Agency, and FNTG filed their respective motions to dismiss Deutsche Bank's complaint (ECF Nos. 10-12);

    2.    On November 24, 2020, Deutsche Bank filed its response in opposition to FNTIC's motion to dismiss and a countermotion for partial summary judgment (ECF Nos. 23-24);

    3.    Also on November 24, 2020, Deutsche Bank filed its responses in opposition to Fidelity Agency's and FNTG's respective motions to dismiss (ECF Nos. 21-22);

    4.    Defendants' deadline to file their reply memoranda responsive to: (i) Deutsche Bank's opposition to FNTIC's motion to dismiss and countermotion for partial summary judgment; (ii) Deutsche Bank's opposition to Fidelity Agency's motion to dismiss; and (iii) Deutsche Bank's opposition to FNTG's motion to dismiss is currently Tuesday, December 1, 2020;

    5.    Defendants request a brief, two-week extension of time to file the aforementioned memoranda, through and including December 15, 2020, to afford Defendants' counsel additional time to respond to the legal arguments set forth in Deutsche Bank's briefs;

    6.    Deutsche Bank does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//
//
//



2
**STIPULATION AND ORDER**

7. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Defendants' deadline to file their reply memoranda responsive to: (i) Deutsche Bank's opposition to FNTIC's motion to dismiss and countermotion for partial summary judgment (ECF Nos. 23 and 24); (ii) Deutsche Bank's opposition to Fidelity Agency's motion to dismiss (ECF No. 22); and (iii) Deutsche Bank's opposition to FNTG's motion to dismiss (ECF No. 21) is hereby extended through and including December 15, 2020.

Dated:  November 25, 2020              SINCLAIR BRAUN LLP


                                        By:  /s/-Kevin S. Sinclair
                                        KEVIN S. SINCLAIR
                                        Attorneys for Defendant
                                        FIDELITY NATIONAL TITLE INSURANCE
                                        COMPANY

Dated:  November 25, 2020              WRIGHT FINLAY & ZAK, LLP


                                        By:  /s/-Darren T. Brenner
                                        DARREN T. BRENNER
                                        Attorneys for Plaintiff
                                        DEUTSCHE BANK NATIONAL TRUST
                                        COMPANY

**IT IS SO ORDERED.**

   Dated this  30th  day of  November , 2020.

                                        _____
                                        KENT J. DAWSON
                                        UNITED STATES DISTRICT JUDGE



**STIPULATION AND ORDER**