WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee, on Behalf of the Holders of the Accredited Mortgage Loan Trust 2006-1 Asset-Backed Notes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-1 ASSET-BACKED NOTES,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01920-KJD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO FIDELITY NATIONAL TITLE INSURANCE COMPANY'S OPPOSITION TO COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 35]**<br><br>**[First Request]** |

Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee, on Behalf of the Holders of the Accredited Mortgage Loan Trust 2006-1 Asset-Backed Notes ("Deutsche Bank"), and Defendant Fidelity National Title Insurance Company ("Fidelity National"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 15, 2020, Deutsche Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-20-823139-C [ECF No. 1-1];

1  2. On October 15, 2020, Fidelity National filed a Petition for Removal to this Court
2     [ECF No. 1];
3  3. On November 10, 2020, Fidelity National filed a Motion to Dismiss [ECF No. 10];
4  4. On November 24, 2020, Deutsche Bank filed an Opposition to Fidelity National's
5     Motion to Dismiss and Countermotion for Partial Summary Judgment [ECF Nos. 23
6     and 24];
7  5. On December 15, 2020, Fidelity National filed its Reply in Support of its Motion to
8     Dismiss and Opposition to Countermotion for Partial Summary Judgment [ECF No.
9     35];
10 6. Deutsche Bank contends that it is entitled to file a response to Fidelity National's
11    Opposition to its Countermotion for Partial Summary Judgment and that its deadline
12    to do so is December 29, 2020;
13 7. Deutsche Bank's counsel is requesting a fourteen day extension to respond to
14    Fidelity National's Opposition, until January 12, 2021;
15 8. This extension is requested to allow counsel for Deutsche Bank additional time to
16    review and respond to the points and authorities cited to in the pending Opposition;
17 9. Counsel for Fidelity National does not oppose the requested extension to the extent
18    that a response is permitted;
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

10. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 28th day of December, 2020. | DATED this 28th day of December, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins*<br>Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee, on Behalf of the Holders of the Accredited Mortgage Loan Trust 2006-1 Asset-Backed Notes* | */s/ Sophia S. Lau*<br>Kevin S. Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Venture Blvd., Suite 400<br>Encino, California 91436<br>*Attorneys for Defendants Fidelity National Title Insurance Company and Fidelity National Title Agency of Nevada, Inc. and Specially-Appearing Defendant Fidelity National Title Group, Inc.* |

**IT IS SO ORDERED.**

Dated: January 8, 2021 (nunc pro tunc)

_____
UNITED STATES DISTRICT JUDGE