WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net

*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee, on Behalf of the Holders of the Accredited Mortgage Loan Trust 2006-1 Asset-Backed Notes*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-1 ASSET-BACKED NOTES,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01920-KJD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO FIDELITY NATIONAL TITLE INSURANCE COMPANY'S OPPOSITION TO COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 35]**<br><br>**[Fourth Request]** |

Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee, on Behalf of the Holders of the Accredited Mortgage Loan Trust 2006-1 Asset-Backed Notes ("Deutsche Bank"), and Defendant Fidelity National Title Insurance Company ("Fidelity National"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On October 15, 2020, Deutsche Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-20-823139-C [ECF No. 1-1];

2. On October 15, 2020, Fidelity National filed a Petition for Removal to this Court [ECF No. 1];

3. On November 10, 2020, Fidelity National filed a Motion to Dismiss [ECF No. 10];

4. On November 24, 2020, Deutsche Bank filed an Opposition to Fidelity National's Motion to Dismiss and Countermotion for Partial Summary Judgment [ECF Nos. 23 and 24];

5. On December 15, 2020, Fidelity National filed its Reply in Support of its Motion to Dismiss and Opposition to Countermotion for Partial Summary Judgment [ECF No. 35];

6. Deutsche Bank contends that it is entitled to file a response to Fidelity National's Opposition to its Countermotion for Partial Summary Judgment and that its deadline to do so is February 8, 2021 [ECF No. 46];

7. Deutsche Bank's counsel is requesting an extension until March 12, 2021 to respond to Fidelity National's Opposition;

8. This additional extension is requested to allow Deutsche Bank additional time to finalize and file its response to the pending Motion to Dismiss as lead handling counsel for Deutsche Bank. Bank continues to recover from an unexpected medical emergency.

9. Counsel for Fidelity National does not oppose the requested extension to the extent that a response is permitted;

///
///
///
///
///
///
///
///

10. This is the fourth request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 8th day of February, 2021. | DATED this 8th day of February, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins* <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Indenture Trustee, on Behalf of the Holders of the Accredited Mortgage Loan Trust 2006-1 Asset-Backed Notes* | */s/ Kevin S. Sinclair, Esq.* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Venture Blvd., Suite 400 <br> Encino, California 91436 <br> *Attorneys for Defendants Fidelity National Title Insurance Company and Fidelity National Title Agency of Nevada, Inc. and Specially-Appearing Defendant Fidelity National Title Group, Inc.* |

**IT IS SO ORDERED.**

Dated this __9th__ day of February, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE