Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:20-CV-01920-KJD-BNW<br><br>~~STIPULATION AND~~ ORDER EXTENDING TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 56)<br><br>(SECOND REQUEST) |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1.  On December 29, 2021, Deutsche Bank filed its motion for partial summary

1  judgment (ECF No. 56);

2      2.    On January 19, 2022, the Court granted the parties' first stipulation to extend the
3  time for Fidelity to respond to Deutsche Bank's motion for partial summary judgment (ECF No.
4  63);

5      3.    Fidelity requests a further, two-week extension of time to respond to Deutsche
6  Bank's motion for partial summary judgment, through and including February 16, 2022, to afford
7  Fidelity's counsel additional time to respond to the legal arguments set forth in Deutsche Bank's
8  motion;

9      4.    Deutsche Bank does not oppose the requested extension;

10      5.    This is the second request for an extension which is made in good faith and not for
11  purposes of delay;

12  **IT IS SO STIPULATED** that the deadline to respond to Deutsche Bank's motion for
13  partial summary judgment is extended through and including February 16, 2022.

Dated: January 28, 2022    SINCLAIR BRAUN LLP

By:   /s/-Kevin S. Sinclair
    KEVIN S. SINCLAIR
    Attorneys for Defendant
    FIDELITY NATIONAL TITLE INSURANCE
    COMPANY

Dated: January 28, 2022    WRIGHT FINLAY & ZAK, LLP

By:   /s/-Lindsay D. Dragon
    LINDSAY D. DRAGON
    Attorneys for Plaintiff
    DEUTSCHE BANK NATIONAL TRUST
    COMPANY

**IT IS SO ORDERED.**

    Dated this 31st day of January 2022.

    KENT J. DAWSON
    UNITED STATES DISTRICT JUDGE

