1   Scott E. Gizer, Esq., Nevada Bar No. 12216
      *sgizer@earlysullivan.com*
2   Sophia S. Lau, Esq., Nevada Bar No. 13365
      *slau@earlysullivan.com*
3   EARLY SULLIVAN WRIGHT
      GIZER & McRAE LLP
4   8716 Spanish Ridge Avenue, Suite 105
    Las Vegas, Nevada 89148
5   Telephone:  (702) 331-7593
    Facsimile:  (702) 331-1652
6

7   Kevin S. Sinclair, State Bar Number 12277
      *ksinclair@sinclairbraun.com*
    SINCLAIR BRAUN LLP
8   16501 Ventura Blvd, Suite 400
    Encino, California 91436
9   Telephone:  (213) 429-6100
    Facsimile:  (213) 429-6101
10

    Attorneys for Defendant
11  FIDELITY NATIONAL TITLE INSURANCE COMPANY

12  DESIGNATED LOCAL COUNSEL FOR SERVICE OF
    PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13

    Gary L. Compton, State Bar No. 1652
14  2950 E. Flamingo Road, Suite L
    Las Vegas, Nevada 89121
15

16              **UNITED STATES DISTRICT COURT**

17                   **DISTRICT OF NEVADA**

18  DEUTSCHE BANK NATIONAL TRUST        Case No.: 2:20-CV-01920-KJD-BNW
    COMPANY,
19                                      **STIPULATION AND ORDER**
                 Plaintiff,             **EXTENDING TIME TO REPLY IN**
20                                      **SUPPORT OF COUNTERMOTION**
            vs.                         **FOR PARTIAL SUMMARY**
21                                      **JUDGMENT (ECF No. 70)**
    FIDELITY NATIONAL TITLE GROUP,
22  INC., et al.,                       **(FIRST REQUEST)**

                 Defendants.
23

24       COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and

25  plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their

26  respective attorneys of record, hereby agree and stipulate as follows:

27       1.     On December 29, 2021, Deutsche Bank filed its motion for partial summary

28

                         **STIPULATION AND ORDER**



judgment (ECF No. 56);

2. On February 16, 2022, Fidelity filed an opposition to Deutsche Bank's motion for partial summary judgment and filed a countermotion for partial summary judgment (ECF Nos. 69, 70);

3. On March 9, 2022, Deutsche Bank filed its opposition to Fidelity's countermotion for partial summary judgment (ECF No. 72);

4. Fidelity requests a two-week extension of its deadline to file its reply in support of the countermotion for partial summary judgment, through and including April 6, 2022, to afford Fidelity additional time to respond to the legal arguments set forth in Deutsche Bank's opposition;

5. Deutsche Bank does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity's deadline to reply in support of its countermotion for partial summary judgment (ECF No. 70) is hereby extended through and including April 6, 2022.

Dated:  March 21, 2022              SINCLAIR BRAUN LLP

                                    By:   */s/-Kevin S. Sinclair*
                                        KEVIN S. SINCLAIR
                                        Attorneys for Defendant
                                        FIDELITY NATIONAL TITLE INSURANCE
                                        COMPANY

Dated:  March 21, 2022              WRIGHT FINLAY & ZAK, LLP

                                    By:   */s/-Lindsay D. Dragon*
                                        LINDSAY D. DRAGON
                                        Attorneys for Plaintiff
                                        DEUTSCHE BANK NATIONAL TRUST
                                        COMPANY

**IT IS SO ORDERED.**

    Dated this 23rd day of March, 2022.

                                    _____
                                    KENT J. DAWSON
                                    UNITED STATES DISTRICT JUDGE

