Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>                    Defendants. | Case No.: 2:20-CV-01920-KJD-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO REPLY IN SUPPORT OF COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 70)**<br><br>**(SECOND REQUEST)** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1.        On December 29, 2021, Deutsche Bank filed its motion for partial summary



1  judgment (ECF No. 56);

2      2.    On February 16, 2022, Fidelity opposed to Deutsche Bank's motion for partial

3  summary judgment and filed a countermotion for partial summary judgment (ECF Nos. 69, 70);

4      3.    On March 23, 2022, the Court granted the parties' first stipulation for an extension

5  of time to reply in support of the countermotion for partial summary judgment (ECF No. 74);

6      4.    Fidelity requests a further two-week extension of its deadline to file its reply in

7  support of the countermotion for partial summary judgment, through and including April 20,

8  2022, to afford Fidelity additional time to respond to the legal arguments set forth in Deutsche

9  Bank's opposition;

10      5.    Deutsche Bank does not oppose the requested extension;

11      6.    This is the second request for an extension which is made in good faith and not for

12  purposes of delay;

13      **IT IS SO STIPULATED** that Fidelity's deadline to reply in support of its countermotion

14  for partial summary judgment (ECF No. 70) is hereby extended through and including April 20,

15  2022.

16  Dated: March 31, 2022        SINCLAIR BRAUN LLP

17          By:  /s/-Kevin S. Sinclair
        KEVIN S. SINCLAIR
18          Attorneys for Defendant
        FIDELITY NATIONAL TITLE INSURANCE
19          COMPANY

20  Dated: March 31, 2022        WRIGHT FINLAY & ZAK, LLP

21          By:  /s/-Lindsay D. Dragon
        LINDSAY D. DRAGON
22          Attorneys for Plaintiff
        DEUTSCHE BANK NATIONAL TRUST
23          COMPANY

24  **IT IS SO ORDERED.**

25      Dated this 4th day of April, 2022.

26

27          _____
        KENT J. DAWSON
28          UNITED STATES DISTRICT JUDGE

