1  Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
   *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>     Plaintiff,<br><br>     vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>     Defendants. | Case No.: 2:20-CV-01920-KJD-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO REPLY IN SUPPORT OF COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF No. 70)**<br><br>**(THIRD REQUEST)** |

   COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Deutsche Bank National Trust Company ("Deutsche Bank"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

   1.  On December 29, 2021, Deutsche Bank filed its motion for partial summary



judgment (ECF No. 56);

2. On February 16, 2022, Fidelity opposed to Deutsche Bank's motion for partial summary judgment and filed a countermotion for partial summary judgment (ECF Nos. 69, 70);

3. On March 23, 2022, the Court granted the parties' first stipulation for an extension of time to reply in support of the countermotion for partial summary judgment (ECF No. 74);

4. On April 4, 2022, the Court granted the parties' second stipulation for an extension of time to reply in support of the countermotion for partial summary judgment (ECF No. 76);

5. Fidelity requests a further one-week extension of its deadline to file its reply, through and including April 27, 2022, to afford Fidelity additional time to respond to the legal arguments set forth in Deutsche Bank's opposition;

6. Deutsche Bank does not oppose the requested extension;

7. This is the third request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity's deadline to reply in support of its countermotion for partial summary judgment (ECF No. 70) is extended through and including April 27, 2022.

Dated: April 20, 2022                SINCLAIR BRAUN LLP

                                     By: _/s/-Kevin S. Sinclair_____
                                         KEVIN S. SINCLAIR
                                         Attorneys for Defendant
                                         FIDELITY NATIONAL TITLE INSURANCE
                                         COMPANY

Dated: April 20, 2022                WRIGHT FINLAY & ZAK, LLP

                                     By: _/s/-Lindsay D. Dragon_____
                                         LINDSAY D. DRAGON
                                         Attorneys for Plaintiff
                                         DEUTSCHE BANK NATIONAL TRUST
                                         COMPANY

**IT IS SO ORDERED.**

Dated this 22nd day of April, 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

